# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| DARLA L. KELMAN,<br><br>Plaintiff,<br>v.<br><br>SYNCHRONY FINANCIAL,<br>a Delaware Corporation,<br><br>Defendant. | Cause No: 4:24-cv-113-JTJ<br><br>**ORDER FOR DISMISSAL<br>WITH PREJUDICE** |

On the stipulation of the parties, and good cause appearing,

IT IS ORDERED that this matter is dismissed with prejudice, each party to bear its own attorney fees and costs.

DATED this 1st day of July 2025.

_____
John Johnston
United States Magistrate Judge